**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Elisa MOLINA, Defendant—Appellant.**

No. 04–50235.

D.C. No. CR–03–00270–AHM–2.

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 1, 2005.*

Decided Aug. 3, 2005.

Ronald L. Cheng, April Anita Christine, USLA—Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Judith Rochlin, Law Offices of Judith Rochlin, Los Angeles, CA, for Defendant–Appellant.

Before O'SCANNLAIN, CALLAHAN, and BEA, Circuit Judges.

MEMORANDUM**

Elisa Molina appeals the 15–month sentence imposed following her guilty plea for conspiracy in violation of 18 U.S.C. § 371. We have jurisdiction pursuant to 28 U.S.C. § 1291.

We remand the sentence for further proceedings consistent with *United States v. Ameline,* 409 F.3d 1073, 1084–85 (9th Cir.2005) (en banc).

**REMANDED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.